

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2016

No. 04-16-00726-CV

**JMJ HOLDING, LLC**,
Appellant

v.

**GRGTX LOBBYING, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-07622
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The clerk's record and reporter's records were due to be filed in this court on December 19, 2016. On December 19, 2016, Appellant filed a motion asking for a "ten-day extension to file the Clerk's Record and the Reporter's Record." Although it is the responsibility of the clerk and reporter to file their records, it is the responsibility of the appellant to pay for, and if necessary designate, the records. *See* TEX. R. APP. P. 35.3. Therefore, we assume appellant is requesting additional time in which to pay for or make arrangements to pay for the records pursuant to Texas Rule of Appellate Procedure 35.3(a)(2), (b)(2)-(3).

We GRANT the request and order appellant to comply with Rule 35.3 **no later than January 3, 2017**. If appellant fails to file written proof that it has paid or made arrangements to pay for the clerk's record within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

However, appellant is also reminded that, pursuant to our order dated December 16, 2016, appellant must either (1) pay the applicable filing fee or (2) provide written proof to this court that it is excused by statute or the Rules of Appellate Procedure from paying the fee **not later than December 27, 2016**. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). Our December 16 order cautioned appellant that if it failed to respond satisfactorily within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2016.



Keith E. Hottle
Clerk of Court